DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL MILLER,**
Appellant,

v.

**DONNA PURDY,**
Appellee.

No. 4D20-710

[March 10, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Dina Keever-Agrama, Judge; L.T. Case No. 50-2017-DR-003338-XXXX-NB-FH.

Steven Cripps of the Law Offices of Orsley & Cripps, PA., West Palm Beach, for appellant.

Howard P. Newman, North Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee,* 377 So. 2d 1150 (Fla.1979).

WARNER, MAY and ARTAU, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***